

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00529-CR

Edward Earl Earldonte **FULTON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR12590
Honorable Lorina I. Rummel, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED July 31, 2019.

_____
Patricia O. Alvarez, Justice